**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. EDCV 10-00810 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order Granting Defendant's Motion for Summary Judgment filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Lexington Insurance Company, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 19, 2014

　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　United States District Judge